## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

|  |  |
|---|---|
| PROGRESSIVE FINANCIAL SERVICES, INC, | ) ) ) ) |
| Plaintiff, | ) ) No. 18-1881C |
| v. | ) ) Filed: February 12, 2021 |
| THE UNITED STATES, | ) ) ) |
| Defendant. | ) ) ) |

### ORDER

On February 4, 2021, the parties filed a joint motion requesting that the Court stay further proceedings in this case, pending the completion of settlement discussions. ECF No. 41. The parties report that they have made substantial progress toward a potential settlement and request additional time to allow for further negotiation. Based upon the parties' representations in the Joint Motion, it is hereby **ORDERED** that the motion is **GRANTED** and this matter is **STAYED** until May 7, 2021. The Court **ORDERS** the parties to submit joint status reports regarding the progress of their settlement discussions every 30 days beginning March 5, 2021 until either the stay is concluded or a joint stipulation of dismissal is filed.

**SO ORDERED**.

Dated: February 12, 2021
　　　　　　　　　　　　　　　　　　　*/s/ Kathryn C. Davis*
　　　　　　　　　　　　　　　　　　　KATHRYN C. DAVIS
　　　　　　　　　　　　　　　　　　　Judge